IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.     No. 12-cv-1330 WJ/SMV
      10-cr-2603 WJ

VERNON EARL COLEMAN,

    Defendant.

## ORDER

THIS MATTER is before the Court sua sponte under rule 4(b) of the Rules Governing Section 2255 Cases, on Defendant's motion to vacate, set aside, or correct sentence [CV Doc. 1; CR Doc. 94]. The Court will direct the United States to answer Defendant's motion.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Clerk is directed to forward to the United States of America a copy of Defendant's motion to vacate, set aside or correct sentence [CV Doc. 1; CR Doc. 94] and supporting papers and exhibits, if any, together with a copy of this Order.

**IT IS FURTHER ORDERED** that, within twenty-three days of entry of this Order, the United States answer Defendant's motion to vacate, set aside or correct sentence.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**