IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    No. 12-cv-1330 WJ/SMV
                                                         10-cr-2603 WJ

VERNON EARL COLEMAN,

    Defendant.

**ORDER GRANTING UNITED STATES' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S § 2255 MOTION**

THIS MATTER is before the Court on the United States' Motion to Extend Deadline to Respond to Defendant's Motion to Vacate, Set Aside or Correct Sentence [CV Doc. 5; CR Doc. 97]. The Court, being fully advised in the premises, FINDS that the motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the United States' Motion to Extend Deadline to Respond to Defendant's Motion to Vacate, Set Aside or Correct Sentence [CV Doc. 5; CR Doc. 97] is **GRANTED**. The United States' Answer shall be due no later than **February 25, 2013**.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**