# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                 No. 12-cv-1330 WJ/SMV
                                                          10-cr-2603 WJ

VERNON EARL COLEMAN,

      Defendant.

## ORDER GRANTING UNITED STATES' SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S § 2255 MOTION

    THIS MATTER is before the Court on the United States' Second Motion to Extend Deadline to Respond to Defendant's Motion to Vacate, Set Aside or Correct Sentence [CV Doc. 8; CR Doc. 99].  The Court, being fully advised in the premises, FINDS that the motion is well-taken and should be granted.

    **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the United States' Second Motion to Extend Deadline to Respond to Defendant's Motion to Vacate, Set Aside or Correct Sentence [CV Doc. 8; CR Doc. 99] is **GRANTED**.  The United States' Answer shall be due no later than **March 7, 2013**.

    **IT IS SO ORDERED**.

                                                   _____
                                                 **STEPHAN M. VIDMAR**
                                                 **United States Magistrate Judge**